UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DEVON BUTLER,<br><br>Defendant. | Case No. 20-cr-00106-SI-1   (WHO)<br><br>**ORDER REFERRING DEFENDANT MATTHEW DEVON BUTLER PURSUANT TO ATIP** |

As defendant Butler has been accepted into the Alternatives to Incarceration Program ("ATIP"), this matter is reassigned to Hon. William H. Orrick for all further proceedings. Any previously scheduled hearings are vacated.

All future filings shall bear the new initials WHO immediately after the case number.

**IT IS SO ORDERED.**

Dated: September 30, 2020

SUSAN ILLSTON
United States District Judge