UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW DEVON BUTLER,<br><br>　　　　　Defendant. | Case No. 20-cr-00106-WHO-1<br><br>**ORDER REMANDING DEFENDANT INTO THE CUSTODY OF THE U.S. MARSHAL** |

This matter came before the Court on a violation notice from Pretrial Services. After a hearing, the Court hereby revokes the bond conditions of Matthew Devon Butler and ORDERS that he be immediately remanded into the custody of the U.S. Marshal to be to be transported to the Santa Rita Jail and held there pending his sentencing.

**IT IS SO ORDERED.**

Dated: April 20, 2022



WILLIAM H. ORRICK
United States District Judge