IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 20–106 WHO |
|---|---|
| Plaintiff, | **STIPULATED ORDER CONTINUING HEARING** |
| v. | |
| MATTHEW BUTLER, | |
| Defendant. | |

    The above-entitled matter is currently scheduled for status on May 26, 2022. The parties are continuing to discuss the possibility of a joint recommendation to the Court regarding sentencing. A draft Presentence Report has been prepared, but it needs to be amended and finalized before sentencing. Mr. Butler's case in Marin County remains pending. The parties accordingly request that the matter be continued until June 30, 2022 for sentencing.

    Therefore, for good cause shown the hearing currently scheduled on May 26, 2022 shall be vacated. The matter shall be continued until June 30, 2022 at 1:30 p.m.

IT IS SO STIPULATED.

<u>May 25, 2022</u>  STEPHANIE M. HINDS
Dated  United States Attorney
 Northern District of California

 /S
 ―――――――――――――――――――
 CYNTHIA STIER
 Assistant United States Attorney

<u>May 25, 2022</u>  JODI LINKER
Dated  Federal Public Defender
 Northern District of California

 /S
 ―――――――――――――――――――
 GRAHAM ARCHER
 Assistant Federal Public Defender

IT IS SO ORDERED.
May 26, 2022

―――――――――――――  ―――――――――――――――――――
Dated  HON. WILLIAM H. ORRICK
 United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28